# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:17-cr-00034-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES NICOLAS CANNEL, | ) | |
| Defendant. | ) | |

The court has considered the defendant's letter/request for early termination of supervised release. The record reflects that the defendant is currently on supervised release through December 2, 2020. The government has not filed an opposition to the defendant's request and the Probation Department has advised the court that the defendant has been compliant with the conditions of his supervised release and is "non-problematic." As long as the defendant continues to comply with the terms of his supervised release, and no objections to early release are filed by the government or the Probation Department, the defendant's motion to terminate supervised release shall be granted after the defendant has successfully completed two years of supervised release, ending on December 2, 2019.

**IT IS SO ORDERED.**

DATED: This 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

1