UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00034-HDM-VPC |
|---|---|
| Plaintiff, v. | ORDER |
| JAMES NICOLAS CANNEL, | |
| Defendant. | |

The Probation Department has opposed early termination of supervised release at this time. Accordingly, the defendant's request for early termination is denied without prejudice to renew at a later date.

IT IS SO ORDERED.

DATED: This 2nd day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE