UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00034-HDM-VPC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JAMES NICOLAS CANNEL, | |
| Defendant. | |

The Probation Department has asked the court to reconsider its order of December 2, 2019, denying the defendant's request for early termination of supervised release. As neither the Probation Department nor the government opposes the defendant's request at this time, IT IS HEREBY ORDERED that defendant's motion for early termination of supervised release (ECF No. 29) is hereby GRANTED.

IT IS SO ORDERED.

DATED: This 2nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

1